UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x

UNITED STATES OF AMERICA

-v-

SARAI MOTA
-----------------------------------x

JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT

FILED
2003 OCT -9 A 11:33
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

CASE NUMBER: 02 CR 1267-1

Alphonso Grant, Esq.
Assistant U.S. Attorney

Howard R. Leader, Esq.
111 East Broadway, 11th Floor
New York, NY 10007
Defendant's Attorney & Address

THE DEFENDANT:
XX entered a plea of guilty to a lesser included offense within count 1.

Accordingly, the court has adjudged that the defendant is guilty of th following offenses:

| TITLE & SECTION | NATURE & OFFENSE | COUNT NUMBER |
|---|---|---|
| 21 USC:952(a) & 960(b)(3) | Importation of Cocaine | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this Judgment The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

XX All open counts are dismissed on motion of the United States.
XX It is ordered that the defendant shall pay to the United States a special assessment of $100.00 which shall be due immediately.

It is further ORDERED that the defendant shall notify the United States Attorne for this district within 30 days of any change of residence or mailing addres until all fines, restitution, costs, and special assessments imposed by thi Judgment are fully paid.

Defendant's Soc. Se

September 12, 2003
Date ... entence

Defendant's Date of
Defendant's US Mars

Defendant's Mailing
In custody

NINA ... ct Judge
ST

Defendant's Legal Address:

ROBERT C. HEINEMANN
By: [signature]
DEPUTY CLERK

A TRUE COPY
ATTEST
DATED 4/6
ROBERT C. HEINEMANN
CLERK
BY [signature]
DEPUTY CLERK