IJ:AG
F. #2002R02200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
OCT 25
★ BROOKLYN OFFICE ★

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

SARAI MOTA,

Defendant.

- - - - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. CR 02 1267
(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(B)(ii)(II), 952(a), 960(a)(1) and 960(b)(2)(B)(ii); T. 18, U.S.C., §§ 3551 et seq.)

GERSHON

THE GRAND JURY CHARGES:

COUNT ONE

On or about September 28, 2002, within the Eastern District of New York and elsewhere, the defendant SARAI MOTA did knowingly and intentionally import into the United States from a place outside thereof a substance containing cocaine, a Schedule II controlled substance, in an amount of 500 grams or more.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(B)(ii); Title 18, United States Code, Sections 3551 et seq.)

COUNT TWO

On or about September 28, 2002, within the Eastern District of New York, the defendant SARAI MOTA did knowingly and

A TRUE COPY
ATTEST
DATED 4/6 20 07
ROBERT C. HEINEMANN
CLERK
BY DEPUTY CLERK

intentionally possess with intent to distribute a substance containing cocaine, a Schedule II controlled substance, in an amount of 500 grams or more.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY:
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. C.131

F. #1998R00633
FORM DBD-34
JUN. 85

*No.*________________ *Action:* ________________

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL *Division*

THE UNITED STATES OF AMERICA

*vs.*

*SARAI MOTA,*

Defendant(s).

# INDICTMENT

( T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(B)(ii)(II), 952(a), 960(a)(1) and 960(b)(2)(B)(ii); T. 18, U.S.C., 3551 et seq.;)

*A true bill.*

\- - - - - - - - - - - - - - - - - - - - - - - - - - *Foreman*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ *day,*

*of* _ _ _ _ _ _ _ _ _ _ *A.D. 19* _ _ _ _

\- - - - - - - - - - - - - - - - - - - - - - - - - - *Clerk*

*Bail, \$* _ _ _ _ _ _ _ _ _ _

*ALPHONZO GRANT, AUSA (718) 254-6424*