CLOSED, MJSELECT

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:02-cr-01267-NG All Defendants
# Internal Use Only

Case title: USA v. Mota
Magistrate judge case number: 1:02-mj-01702

Date Filed: 10/25/2002

---

Assigned to: Judge Nina Gershon

**Defendant**

**Sarai Mota** (1)
*TERMINATED: 10/09/2003*

represented by **Howard R. Leader**
Howard R. Leader
381 Park Avenue South
Suite 701
New York, NY 10016
646-533-7696
Fax: 212-684-0924
Email: lawleader@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

21:952(a), 960(a)(1) and 960(b)(2)(B)(ii); 18:3551 et seq.- importation of cocaine, a Schedule II controlled substance.
(1)

**Disposition**

Defendant is sentenced to 51 months imprisonment followed by 3 years supervised release and $100.00 special assessment fee

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:841(a)(1) and 841(a)(1) and 841(b)(1)(B)(ii)(II); 18:3551 et seq.- possession of cocaine, a Schedule II controlled substance.
(2)

**Disposition**

Count 2 is dismissed by Government's motion in Open Court

A TRUE COPY
DATED 4/6 2007
CLERK
BY DEPUTY CLERK

**Highest Offense Level (Terminated)**

Felony

**Complaints** **Disposition**

None

**Plaintiff**

**USA** represented by **Alphonzo Grant, Jr**
United States Attorney
Eastern District of New York
1 Pierrepont Plaza
Brooklyn, NY 11201
718-254-6424
Fax: 718-254-6320
Email: Alphonzo.grant@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2002 | | ARREST of Sarai Mota [ 1:02-m -1702 ] (Frullo, Veronica) (Entered: 10/01/2002) |
| 09/30/2002 | 1 | COMPLAINT as to Sarai Mota [ 1:02-m -1702 ] (Frullo, Veronica) (Entered: 10/01/2002) |
| 09/30/2002 | | (Court only) First Appearance as to Sarai Mota held [ 1:02-m -1702 ] (Frullo, Veronica) (Entered: 10/01/2002) |
| 09/30/2002 | 2 | Magistrate Arraignment as to Sarai Mota held before Magistrate Gold on 09/30/02. AUSA Thomas Fallati present. Deft present w/counsel Michael Weil. Defendant informed of rights. Deft arraigned. Temporary order of detention entered detention hearing set for 10/02/02 at noon. Preliminary hearing waived. Tape # 02/236 (2773-2906) [ 1:02-m -1702 ] (Frullo, Veronica) Modified on 10/01/2002 (Entered: 10/01/2002) |
| 09/30/2002 | 3 | TEMPORARY COMMITMENT issued as to Sarai Mota; detention hearing set for 10/02/02 at noon. (Signed by Magistrate Steven M. Gold, dated 09/30/02) [ 1:02-m -1702 ] (Frullo, Veronica) (Entered: 10/01/2002) |
| 09/30/2002 | 4 | CJA 23 FINANCIAL AFFIDAVIT by Sarai Mota [ 1:02-m -1702 ] (Frullo, Veronica) (Entered: 10/01/2002) |
| 10/02/2002 | 5 | CALENDAR ENTRY as to Sarai Mota; Case called before Magistrate Steven M. Gold on date of 10/02/02 for a detention hearing. AUSA |

| | | |
|---|---|---|
| | | Alfonso Grnat present. Deft present w/counsel Michael Weil. Bail set at $75,000. Deft not to be released until the conditions of the bond are met. Permanent order of detention entered. Tape # 02/237 (3512-4157) & 02/238 (1883-2270) [ 1:02-m -1702 ] (Frullo, Veronica) (Entered: 10/03/2002) |
| 10/02/2002 | 6 | ORDER OF DETENTION as to Sarai Mota (Signed by Magistrate Steven M. Gold, dated: 10/02/02) [ 1:02-m -1702 ] (Frullo, Veronica) (Entered: 10/03/2002) |
| 10/25/2002 | 7 | INDICTMENT as to Sarai Mota (1) count(s) 1, 2. (Guzzi, Roseann) (Entered: 10/31/2002) |
| 10/25/2002 | | Magistrate Azrack has been selected by random selection to handle any matters that may be referred in this case. (Guzzi, Roseann) (Entered: 10/31/2002) |
| 10/25/2002 | | (Court only) ** Added Government Attorney Alphonzo Grant. (Guzzi, Roseann) (Entered: 10/31/2002) |
| 10/25/2002 | 8 | CALENDAR ENTRY as to Sarai Mota; Case called on date of 10/25/02 for Grand Jury Presentment. (Guzzi, Roseann) (Entered: 10/31/2002) |
| 11/08/2002 | 9 | CALENDAR ENTRY as to Sarai Mota; Case called before Magistrate Joan M. Azrack on date of 11/8/02 for arraignment. AUSA Alphonso Grant. Michael Weil for the defendant. Defendant arrainged on the indictment. Tape # 02/271(997-1032). Defendant pleads Not Guilty:, Sarai Mota (1) count(s) 1, 2 . (Guzzi, Roseann) (Entered: 11/18/2002) |
| 11/08/2002 | | Magistrate Arraignment as to Sarai Mota held. (Defendant informed of rights.) (Guzzi, Roseann) (Entered: 11/18/2002) |
| 11/08/2002 | | (Court only) First Appearance as to Sarai Mota held. (Guzzi, Roseann) (Entered: 11/18/2002) |
| 11/18/2002 | 11 | CALENDAR ENTRY as to Sarai Mota; Case called before Judge Nina Gershon on date of 11/18/02 for status conference. AUSA Alphonzo Grant. Michael Weil for the defendant. Court Reporter/ESR Loann Hong. Speedy trial from 11/18/02 to 12/19/02. Status conference 12/19/02 at 5:00. Plea rferred to Magistrate Judge. (Guzzi, Roseann) (Entered: 11/21/2002) |
| 11/21/2002 | 10 | ORDER dated 11/15/02 on letter dated 11/8/02 from Michael Weil to Judge Gershon requesting adjournment of the 11/15/02 conference as to Sarai Mota; time excluded and conference adjourned to 11/18/02. ( Signed by Judge Nina Gershon, on 11/15/02 ) (Guzzi, Roseann) (Entered: 11/21/2002) |
| 12/19/2002 | 12 | CALENDAR ENTRY as to Sarai Mota ; Case called before Judge Nina Gershon on date of 12/19/02 for stat conf. AUSA Taryn Merkl present for Alphonzo Grant; Dft present with atty Howard Leider; Court Reporter Shelly Silverman; Interpreter Francisco Olivero. Time excluded between |

| | | |
|---|---|---|
| | | 12/19/02 and 1/15/03, in the interest of justice as stated on the record. Next stat conf set for 1/15/03 at 5:00pm. Michael Weil of Legal Aid relieved as counsel. Howard Leider files notice of appearance. (Fahey, Lauren) (Entered: 12/20/2002) |
| 12/19/2002 | 13 | NOTICE of Appearance for Sarai Mota by Attorney Howard Leader. (Guzzi, Roseann) (Entered: 01/03/2003) |
| 01/16/2003 | 14 | ENDORSED ORDER as to Sarai Mota; The request for an adjournment in this matter until 02/28/03 at 12:00pm is SO ORDERED. ( Signed by Judge Nina Gershon , on 1/15/03). (see letter dtd 01/15/03 from Howard R. Leader). (Sica, Michele) (Entered: 01/16/2003) |
| 02/28/2003 | 15 | CALENDAR ENTRY as to Sarai Mota ; Case called before Judge Nina Gershon on date of 2/28/03 for stat conf. AUSA Mark Lesko present; Dft present with atty Howard Leader; Court Reporter Holly Driscoll. Time excluded between 2/28/03 and 3/25/03. Next stat conf set for 3/25/03 at 3:00pm. (Fahey, Lauren) (Entered: 03/03/2003) |
| 02/28/2003 | | (Court only) **Excludable XT start as to Sarai Mota. (Fahey, Lauren) (Entered: 03/03/2003) |
| 03/26/2003 | 16 | CALENDAR ENTRY as to Sarai Mota ; Case called before Judge Nina Gershon on date of 3/26/03 for pleading. AUSA Michael Asaro present for Alphonzo Grant; Dft present with atty Hpward Leader; Court Reporter Fred Guerino. Dft sworn, informed of rights and waives trial before District Court. Dft withdraws not guilty plea and pleads Guilty: Sarai Mota (1) count(s) 1 . Sentencing date: 6/26/03 at 2:30pm. (Fahey, Lauren) (Entered: 03/26/2003) |
| 03/26/2003 | 17 | SENTENCING SCHEDULE as to Sarai Mota: Defense papers, including departure motions, due 6/5/03; Govt response due 6/12/03; Defense reply due 6/19/03; Sentence set for 6/26/03 at 2:30pm. (Signed by Judge Nina Gershon, 3/26/03). C/M. (Fahey, Lauren) (Entered: 03/26/2003) |
| 08/04/2003 | 18 | Letter dated 7/23/03 from Howard R. Leader to Judge Gershon requesting the Court downwardly depart from the guideline range as to Sarai Mota. (Guzzi, Roseann) (Entered: 08/04/2003) |
| 08/04/2003 | 19 | Letter dated 7/23/03 from Howard R. Leader to Judge Gershon to apprise the Court of certain inaccuracies contained in Ms. Mota's presentence investigation report. (Guzzi, Roseann) (Entered: 08/04/2003) |
| 08/05/2003 | 20 | Letter dated 7/28/03 from Howard R. Leader to Judge Gershon in regards to the submission of the sentencing material submitted last week on behalf of Ms. Mota. (Guzzi, Roseann) (Entered: 08/05/2003) |
| 08/06/2003 | 21 | ORDER dated 7/28/03 setting sentencing schedule as follows: The Probation Department is directed to file an addendum responding to defendant's objections by 8/15/03; Government response to defendant's submission is due on 8/26/03; reply papers, 9/5/03. Sentence 9/12/03 at 12:30 to Sarai Mota. ( Signed by Judge Nina Gershon on 7/28/03 ) (Guzzi, |

| | | |
|---|---|---|
| | | Roseann) Modified on 8/6/2003 (Guzzi, Roseann). (Entered: 08/06/2003) |
| 08/06/2003 | | Set/Reset Deadlines/Hearings as to Sarai Mota : Sentencing set for 9/12/2003 12:30 PM before Judge Nina Gershon. (Guzzi, Roseann) (Entered: 08/06/2003) |
| 09/02/2003 | 22 | Letter dated 8/26/03 from Alphonzo Grant, Jr. to Judge Gershon in opposition to the defendant's downward departure letter motion. (Guzzi, Roseann) (Entered: 09/02/2003) |
| 09/12/2003 | 23 | Minute Entry for proceedings held before Nina Gershon :Sentencing held on 9/12/2003 for Sarai Mota (1), Count(s) 1, Defendant is sentenced to 51 months imprisonment followed by 3 years supervised release and $100.00 special assessment fee; Count(s) 2, Count 2 is dismissed by Government's motion in Open Court. Court advised defendant of right to appeal. (Court Reporter Marsha Diamond ) (Guzzi, Roseann) (Entered: 10/09/2003) |
| 10/09/2003 | 24 | JUDGMENT dated 9/12/03 as to Sarai Mota (1), Count(s) 1, Defendant is sentenced to 51 months imprisonment followed by 3 years supervised release and $100.00 special assessment fee; Count(s) 2, Count 2 is dismissed by Government's motion in Open Court. The Court recommends designation near Rhode Island. Patricipation in the comprehensive 500 hour drug treatment program. ( Signed by Judge Nina Gershon on 9/12/03 ) c/m (Guzzi, Roseann) (Entered: 10/09/2003) |
| 10/09/2003 | | (Court only) ***Case Terminated as to Sarai Mota. (Guzzi, Roseann) (Entered: 10/09/2003) |
| 01/26/2007 | 25 | ORDER as to Sarai Mota; The Court orders the modification of conditions as noted above. Ordered by Judge Nina Gershon on 1/12/07. (Endorsed on Request for Modifying the Conditions or Term of Supervision, dated 1/8/07) (Fernandez, Erica) (Entered: 01/26/2007) |
| 04/02/2007 | 26 | TRANSFER OF JURISDICTION REQUEST as to Sarai Mota From District of EDNY to District of Rhode Island. Ordered by Judge Nina Gershon on 3/14/2007. (Clarke, Melonie) (Entered: 04/06/2007) |
| 04/06/2007 | 27 | Probation Jurisdiction Transferred to District of Rhode Island as to Sarai Mota Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Clarke, Melonie) (Entered: 04/06/2007) |